JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ABDUL HAKIN KHAN; AFROZA AKTER EITY, <br><br> Plaintiffs, <br><br> v. <br><br> ERIC HOLDER, Attorney General of the United States; JANET NAPOLITANO, Secretary of the Department of Homeland Security; MICHAEL AYTES,* Acting Director of U.S. Citizenship and Immigration Services; ROBERT S. MUELLER III; MICHAEL BIGGS, Sacramento Field Office Director, <br><br> Defendants. | No. C 09-0886 EDL <br><br> **STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

    Plaintiffs, by and through their attorney of record, and Defendants by and through their attorney of record, hereby stipulate to dismissal of the above captioned action, pursuant to Fed. R. Civ. P. 41(a).

///

///

---

*Pursuant to Fed. R. Civ. P. 25(d)(1), Michael Aytes is substituted for his predecessor, Jonathan Scharfen, as the Acting Director of U.S. Citizenship and Immigration Services.

Stipulation to Dismiss
No. C 09-0886 EDL

Each of the parties shall bear their own costs and fees.

Date: June 4, 2009

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
ILA C. DEISS[1]
Assistant United States Attorney
Attorneys for Defendants

Date: June 4, 2009

_____/s/_____
SHAH PEERALLY
ERICH KEEFE
Attorney for Plaintiffs

### ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: June 15, 2009

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

IT IS SO ORDERED
Judge Elizabeth D. Laporte
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_____

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Stipulation to Dismiss
No. C 09-0886 EDL

2